In the Matter of the Claim of Mrs. MARY BRADY, Respondent, against SCHINE THEATRICAL COMPANY, INC., Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the carrier-appellant. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.